# Court of Appeals
# of the State of Georgia

ATLANTA, _March 22, 2023_

*The Court of Appeals hereby passes the following order:*

**A23D0252. WILLIE DEON DANIEL v. THE STATE.**

On November 15, 2022, the trial court entered an order denying Willie Deon Daniel's motion in arrest of judgment. Daniel filed a "Notice of Appeal" on January 12, 2023, in the Supreme Court of Georgia, which then docketed Daniel's filing as an application for discretionary appeal. Upon finding that it had no jurisdiction over the matter, the Supreme Court transferred Daniel's application to this Court. See Case No. A23D0252 (Feb. 8, 2023). We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional; we cannot accept an application filed more than 30 days from the trial court's ruling. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Daniel's application was filed 58 days after the trial court's order, the application is untimely. Accordingly, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_03/22/2023_*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*